0514-3P-EPIE3P-00003241-16479

# United States Bankruptcy Court

For The
Lynchburg/Western District of Virginia

In Re:  DALE R. KIRK  
      146 SPINNER ST.  
      MADISON HEIGHTS, VA 24572

Case No.:  603-01090-WA1-13  
SS #1:  XXX-XX-5300

## Trustee's Final Report

Case Filed On:  March, 17, 2003    Plan Confirmed On:  July, 22, 2003

Plan Completed

Total funds received and disbursed pursuant to the plan:  $ 11,000.00    Detail of Disbursements below:

| Claim Number | Name of the Claimant | | Claimed by the Creditor | Allowed by the Court | To be paid Under Plan | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|---|
| 799 | COX LAW GROUP, PLLC | | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 0.00 |
| | | Total Admin. | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 0.00 |
| 999 | DALE R. KIRK | | 200.00 | 200.00 | 200.00 | 200.00 | 0.00 |
| | | Total Refund | 200.00 | 200.00 | 200.00 | 200.00 | 0.00 |
| | RUN-A-BOUT AUTO SALES INC | | None | None | 0.00 | 0.00 | 0.00 |
| | | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | GOOD HOPE | | None | None | 0.00 | 0.00 | 0.00 |
| | CREDITOR PROTECTION ASSOC | | None | None | 0.00 | 0.00 | 0.00 |
| | ORTHOPEADIC SURGERY CENTE | | None | None | 0.00 | 0.00 | 0.00 |
| | JOSPEH M. TARANTINO CPP | | None | None | 0.00 | 0.00 | 0.00 |
| | NEWS & ADVANCE | | None | None | 0.00 | 0.00 | 0.00 |
| | RUN-A-BOUT AUTO SALES INC | | None | None | 0.00 | 0.00 | 0.00 |
| | CARRIE FAULKNER | | None | None | 0.00 | 0.00 | 0.00 |
| | SUNCOM | | None | None | 0.00 | 0.00 | 0.00 |
| | LYNCHBURG EMERGENCY PHYSI | | None | None | 0.00 | 0.00 | 0.00 |
| | DYMACOL INC. | | None | None | 0.00 | 0.00 | 0.00 |
| | VIRGINIA EMPLOYEMENT COMM | | None | None | 0.00 | 0.00 | 0.00 |
| | WHITTEN FUNERAL HOME | | None | None | 0.00 | 0.00 | 0.00 |
| | NORTH SHORE AGENCY | | None | None | 0.00 | 0.00 | 0.00 |
| | STUDENT ASSISTANCE CORP. | | None | None | 0.00 | 0.00 | 0.00 |
| | NESBE CABLE | | None | None | 0.00 | 0.00 | 0.00 |
| | WAKE RADIOLOGY CONSULTANT | | None | None | 0.00 | 0.00 | 0.00 |
| | CREATIVE COOKS KITCHEN | | None | None | 0.00 | 0.00 | 0.00 |
| | CHURCHLAND PHYCHIATRIC AS | | None | None | 0.00 | 0.00 | 0.00 |
| | AT & T UNIVERSAL CARD | | None | None | 0.00 | 0.00 | 0.00 |
| | GARDEN BOOK CLUB | | None | None | 0.00 | 0.00 | 0.00 |
| | ACTION RECRUITERS INC. | | None | None | 0.00 | 0.00 | 0.00 |
| | LAKEVIEW MEDICAL CENTER | | None | None | 0.00 | 0.00 | 0.00 |
| | COMPUSERVE | | None | None | 0.00 | 0.00 | 0.00 |
| | MARYVIEW HOSPITAL | | None | None | 0.00 | 0.00 | 0.00 |
| | MEDCHOICE | | None | None | 0.00 | 0.00 | 0.00 |
| | CREDITORS SERVICE AGENCY | | None | None | 0.00 | 0.00 | 0.00 |
| | NORTH SHORE AGENCY | | None | None | 0.00 | 0.00 | 0.00 |
| | PENINSULA CREDIT BUREAU | | None | None | 0.00 | 0.00 | 0.00 |
| | GTE WIRELESS | | None | None | 0.00 | 0.00 | 0.00 |
| | AEP (APPALACHIAN POWER) | | None | None | 0.00 | 0.00 | 0.00 |
| | AMHERST FAMILY PRACTICE | | None | None | 0.00 | 0.00 | 0.00 |
| 001 | CENTRA HEALTH | | 999.00 | 999.00 | 999.00 | 137.44 | 0.00 |
| 002 | AXSYS NATIONAL BANK/FINGE | | 259.51 | 259.51 | 259.51 | 41.06 | 0.00 |
| 004 | HERITAGE BANK & TRUST | | 1,734.26 | 1,734.26 | 1,734.26 | 222.47 | 0.00 |

0514-3P-EPIE3P-00003241-16479

# United States Bankruptcy Court

For The
Lynchburg/Western District of Virginia

In Re: DALE R. KIRK  
146 SPINNER ST.  
MADISON HEIGHTS, VA 24572

Case No.: 603-01090-WA1-13  
SS #1: XXX-XX-5300

## Trustee's Final Report

Case Filed On: March, 17, 2003  Plan Confirmed On: July, 22, 2003

Plan Completed

Total funds received and disbursed pursuant to the plan:  $ 11,000.00       Detail of Disbursements below:

| Claim Number | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | To be paid Under Plan | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| 005 | CHARMING SHOPPES - FASHIO | 527.45 | 527.45 | 527.45 | 70.53 | 0.00 |
| 006 | WACHOVIA BANK, N.A. | 716.49 | 716.49 | 716.49 | 101.92 | 0.00 |
| 007 | VERIZON BANKRUPTCY CENTER | 406.16 | 406.16 | 406.16 | 58.09 | 0.00 |
| 008 | PRIMUS AUTOMOTIVE FINANCI | 9,782.76 | 9,782.76 | 9,782.76 | 1,248.20 | 0.00 |
| 009 | USA FUNDS | 2,969.77 | 2,969.77 | 2,969.77 | 378.60 | 0.00 |
| 010 | LVNV FUNDING | 1,244.18 | 1,244.18 | 1,244.18 | 167.90 | 0.00 |
| 011 | GINNY'S | 820.08 | 820.08 | 820.08 | 111.02 | 0.00 |
| 012 | MIDNIGHT VELVET | 988.46 | 988.46 | 988.46 | 132.14 | 0.00 |
| 013 | SEVENTH AVENUE | 1,482.27 | 1,482.27 | 1,482.27 | 193.22 | 0.00 |
| 014 | ARROW FINANCIAL SERVICES | 2,116.62 | 2,116.62 | 2,116.62 | 282.35 | 0.00 |
| 015 | DIRECT TV | 433.12 | 433.12 | 433.12 | 61.73 | 0.00 |
| 016 | EDUCATIONAL CREDIT MANAGE | 2,951.15 | 2,951.15 | 2,951.15 | 376.54 | 0.00 |
| 017 | EDUCATIONAL CREDIT MANANG | 3,703.50 | 3,703.50 | 3,703.50 | 489.25 | 0.00 |
| 018 | EDUCATIONAL CREDIT MANAGE | 2,777.60 | 2,777.60 | 2,777.60 | 357.27 | 0.00 |
| 019 | NATIONAL FINANCIAL HOLDIN | 1,839.24 | 1,839.24 | 1,839.24 | 237.37 | 0.00 |
| 020 | NATIONAL FINANCIAL HOLDIN | 3,240.52 | 3,240.52 | 3,240.52 | 416.83 | 0.00 |
| 021 | CONSECO FINANCE | 17,554.00 | 17,554.00 | 17,554.00 | 2,235.73 | 0.00 |
| 022 | EDUCAP INC FKA UNIVERSITY | 8,386.30 | 8,386.30 | 8,386.30 | 1,063.15 | 0.00 |
|  | Total Unsecured | 64,932.44 | 64,932.44 | 64,932.44 | 8,382.81 | 0.00 |
|  | Grand Totals: | 66,732.44 | 66,732.44 | 66,732.44 | 10,182.81 | 0.00 |

Total Paid Claimant: 10,182.81  
Trustee Allowances: 817.19  
Percent Paid Unsecured: 12.9100

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging the Trustee and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated: January 16, 2009

/s/ Herbert L. Beskin  
Herbert L. Beskin, Trustee

0514-3P-EPIE3P-00003241-40495

# United States Bankruptcy Court

Lynchburg/Western District of Virginia

In Re:  
DALE R. KIRK

CASE NO: 603-01090-WA1-13

Certificate of Mailing

DALE R. KIRK  
146 SPINNER ST. MADISON HEIGHTS, VA 24572

COX LAW GROUP, PLLC  
900 LAKESIDE DRIVE LYNCHBURG, VA 24501

The undersigned certifies, under penalty of perjury, that a copy of the attached Final Report in the above-entitled case was mailed, in sealed envelopes, bearing first class postal indicia, or was electronically mailed, to the above.

Dated: January 16, 2009                                        /s/ Herbert L. Beskin

                                                                              Herbert L. Beskin

Copy for:   Clerk, U.S. Bankruptcy Court  
            1101 Court Street, Room 166  
            Lynchburg, VA  24504